## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**L.C. CHANDLER-SPEED**                            **PLAINTIFF**
**#127159**

**V.**                  **NO. 2:26-cv-00004-JM**

**C. DAVIS,** *et al.*                           **DEFENDANTS**

### <u>ORDER</u>

On January 8, 2026, *pro se* plaintiff L.C. Chandler-Speed, an inmate at the Mississippi County Detention Center, filed this 42 U.S.C. § 1983 case. *Doc. 2*.

With his initial filing, Mr. Chandler-Speed failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing fee. As a result, on January 8, 2026, the Court directed the Clerk of Court to send Mr. Chandler-Speed an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 3*. The Court specifically warned Mr. Chandler-Speed that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Chandler-Speed has not addressed the filing fee requirement and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1.       The Court withdraws the reference.

2.       Mr. Chandler-Speed's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's January 8, 2026 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

3.      An in forma pauperis appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

4.      The Clerk is instructed to close this case.

SO ORDERED this 23rd day of February 2026.

_____
UNITED STATES DISTRICT JUDGE