**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**L.C. CHANDLER-SPEED**                                                                      **PLAINTIFF**
**#127159**

**V.**                                            **NO. 2:26-cv-00004-JM**

**C. DAVIS,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE